UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| TRISON BUILDERS INC | § | Case No. 05-28994 SQU |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF BANKRUPTCY COURT
        KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/24/2010 in Courtroom 4016,
        United States Courthouse
        505 N. County Farm Rd.
        Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/31/2010          By: CLERK OF BANKRUPTCY COURT


GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
TRISON BUILDERS INC § Case No. 05-28994 SQU
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,236.21 |
| and approved disbursements of | $ | 23.32 |
| leaving a balance on hand of[1] | $ | 7,212.89 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: GINA B. KROL | $ 1,473.62 | $ 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 43.90  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 13 | Illinois Dept.of Employment Security | $ 43.90 | $ 43.90 |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 278,008.63  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  2.1  percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Rathje and Woodward | $ 10,613.00 | $ 217.42 |
| 000002 | K. Hoving Recycling | $ 5,784.41 | $ 118.50 |
| 000003 | INest Realty | $ 11,247.50 | $ 230.42 |
| 000004 | American Heritage | $ 4,100.40 | $ 84.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000005 | E&J Disposal Company | $ 484.00 | $ 9.92 |
| 000006 | JNC Concrete, Inc. | $ 5,911.00 | $ 121.09 |
| 000007 | Eugene T Cage & Ranea M McCoy-Cage | $ 50,000.00 | $ 1,024.32 |
| 000008 | Foundation Drilling Co., Inc. | $ 3,330.00 | $ 68.22 |
| 000009 | Rental Max | $ 773.14 | $ 15.84 |
| 000010 | Brett & Yvonne Zehr | $ 9,549.00 | $ 195.62 |
| 000011 | Amit & Bhakti Choksi | $ 9,940.08 | $ 203.64 |
| 000012 | Scot Lightbody | $ 166,270.00 | $ 3,406.26 |
| 000013 | Illinois Dept of Employment Security | $ 6.10 | $ 0.12 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |

**UST Form 101-7-NFR (9/1/2009)** *(Page: 4)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/GINA B. KROL
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: bchavez               Page 1 of 2                   Date Rcvd: Sep 02, 2010
Case: 05-28994                Form ID: pdf006             Total Noticed: 60

The following entities were noticed by first class mail on Sep 04, 2010.
db         +Trison Builders, Inc.,    C/o Scot Lightbody,    24 W 620 Eugenia Drive,
             Naperville, IL 60540-3836
aty        +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,   Chicago, IL 60602-4600
aty        +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty        +Kathleen Vaught,    Kathleen Vaught, P.C.,    600 W Roosevelt Ste B1,   Wheaton, IL 60187-2302
aty        +Linda M Kujaca,    Law Office of Deborah K. Ebner,    11 E. Adams,   Suite 904,
             Chicago, IL 60603-6306
tr         +Gina B Krol,    Cohen & Krol,    105 West Madison St Ste 1100,   Chicago, IL 60602-4600
9610826    +Accurate Percolation, Inc.,    P.O. Box 351,    Durand, IL 61024-0351
9610827    +Ace Hardware,    1030 N. Washington,    Naperville, IL 60563-2700
9610828    +Active Excavating, Inc.,    817 E. North Street,    Elburn, IL 60119-9084
9610829    +American Heritage,    2 N 020 Francis Road,    Maple Park, IL 60151-7900
9610830     Amit & Bhakti Choksi,    c/o Lawrence Czepiel,    7501 Lemont Road; Suite 20,
             Woodridge, IL 60517-2658
9610831    +Beatty Lumber Co.,    9537 S 52nd Ave,    Oak Lawn, IL 60453-3054
9610832    +Beautiful Home,    703 Wilmore Drive,    Oswego, IL 60543-7750
9610834    +Boughton Trucking, Inc.,    P.O. Box 1036,    Bedford Park, IL 60499-1036
9756291    +Brett & Yvonne Zehr,    1S308 Luther Ave,    Lombard, IL 60148-4140
9610835    +Charlestowne Cabinets & Countertop,    1519 E. Main Street,    Saint Charles, IL 60174-2391
9610837    +Cingular Wireless,    P.O. Box 806055,    Chicago, IL 60680-4121
9610840    +Creative Mirror Designs,    2141 W. Army Trail Road,    Addison, IL 60101-1477
9610841    +D&T Enterprise,    P.O. Box 5152,    Naperville, IL 60567-5152
9610843    +DuPage Pump,    113 Holms Street,    Lemont, IL 60439-3792
9610844     E&J Disposal Company,    290 S. Main Place,    Suite 100,    Carol Stream, IL 60188-2476
9756292    +Eugene T Cage & Ranea M McCoy-Cage,    c/o Lanphier & Kowalkowski, Ltd,    568 S Spring Rd,
             Elmhurst, IL 60126-3868
9610845    +FCA,    2852 W. Ogden Ave,    Naperville, IL 60540-0970
9610846    +Fireplace, Patio, Etc.,    7201 Kingery Hwy.,    Hinsdale, IL 60527-7561
9610847    +Firstpoint Residential,    1015 S Rt. 83,    Suite D,    Elmhurst, IL 60126-5916
9610848    +Foundation Drilling Co., Inc.,    215 Industrial Lane,    Wheeling, IL 60090-6313
9610850     Homebulider’s Assoc of Chicago,    c/o NCO Financial Systems, Inc.,    P.O. Box 41593,
             Philadelphia, PA 19101-1593
9610851    +Homer Tree Service, Inc.,    14000 S. Archer Ave.,    Lockport, IL 60441-7447
9610852    +Honey Bucket,    P.O. Box 491,    Elmhurst, IL 60126-0491
10841879   +Illinois Dept of Employment Security,    Bankruptcy Unit - 4th Floor,   33 S State St,
             Chicago IL 60603-2804
9610854    +Intech Consultants, Inc.,    5413 Walnut Ave.,    Downers Grove, IL 60515-4172
9610856     JNC Concrete, Inc.,    1 N 601 Rte. 59,    West Chicago, IL 60185
9610855    +Jay Hoendervolet,    100 Tower Dr.,    Burr Ridge, IL 60527-5777
9610858    +K & K Well Drilling, Inc.,    701 First Street,    Batavia, IL 60510-2409
9610859    +K. Hoving Recycling,    3 N. 551 Powis Road,    West Chicago, IL 60185-1042
9610860    +Kencor Stairs,    311 Stone Road,    Villa Park, IL 60181-1521
9610862    +LSM Masonry,    851 Valley Lane,    Geneva, IL 60134-2443
9610861    +Light Brothers, Inc.,    340 W. Roosevelt Road,    Lombard, IL 60148-4220
9610864    +McNeill’s Heating, Inc.,    1017 Warrenville Road,    Wheaton, IL 60189-6374
9610865    +Molenhouse Enterprises,    24W178 St. Charles Road,    Wheaton, IL 60188-2623
9610866    +Nan Lightbody,    25 W 181 Lacey,    Naperville, IL 60563-8809
9610867    +Natural Landscapes,    295 Bayberry Ct.,    West Chicago, IL 60185-1980
9610869     Nicor Gas,    c/o NCO Financial Systems, Inc.,    P.O. Box 41457,    Philadelphia, PA 19101-1457
9610870     Office Depot Credit Plan,    P.O. Box 9027,    Des Moines, IA 50368-9027
9610872    +Professional Garage Door,    705 Lucky Ct.,    Oswego, IL 60543-7313
9610873    +Rathje and Woodward,    300 E. Roosevelt Road,    Wheaton, IL 60187-1908
9610874    +Rental Max,    908 E. Roosevelt Road,    Wheaton, IL 60187-5651
9610875    +Reunited Electric,    575 N Randall Road,    Aurora, IL 60506-3569
9610876    +Roosevelt Glen Corp.,    P.O. Box 1294,    Bedford Park, IL 60499-1294
9610878    +Selsor’s Pumping Service,    P.O. Box 9,    Wheaton, IL 60187-0009
9610879    +Shell Fleet,    P.O. Box 80,    Tulsa, OK 74101
9610882     Tribune Interactive,    c/o Joseph Mann & Creed,    P.O. Box 22253,    Beachwood, OH 44122-0253
9610883    +Virginia Surety Company,    c/o D&B RMS,    P.O. Box 3100,    Naperville, IL 60566-7100
9610884     Wiesbrock Turf,    32 W 0707 Roosevelt Road,    West Chicago, IL 60185
9610885    +Windy City Exteriors, Inc.,    1000 Rand Road,    Unit 117,    Wauconda, IL 60084-1199
The following entities were noticed by electronic transmission on Sep 02, 2010.
9610838      E-mail/Text: legalcollections@comed.com                            Commonwealth Edison,
             Bill Payment Center,    Chicago, IL 60668-0001
9610842     +E-mail/Text: collector@dupageco.org                                DuPage County Collector,
             P.O. Box 787,    Wheaton, IL 60187-0787
9610849     +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2010 03:06:50     Home Depot Credit Services,
             P.O. Box 660337,    Dept.. 24,    Dallas, TX 75266-0337
9610863      E-mail/Text: bankruptcy@paetec.com                                 McLeod USA,   P.O. Box 3243,
             Milwaukee, WI 53201-3243
9610868     +E-mail/Text: bankrup@nicor.com                                NICOR Gas,   P.O. Box 2020,
             Aurora, IL 60507-2020
                                                                                              TOTAL: 5
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9610839*    +Commonwealth Edison,    Bill Payment Center,    Chicago, IL 60668-0001
```

```
District/off: 0752-1              User: bchavez                Page 2 of 2                 Date Rcvd: Sep 02, 2010
Case: 05-28994                    Form ID: pdf006              Total Noticed: 60

9610833    ##+Benchmark Overhead,    3 N 555 17th Street,    Saint Charles, IL 60174-1683
9610836     ##Chicago Trubune,    P.O. Box 6315,    Chicago, IL 60680-6315
9610853     ##INest Realty,    113 Fairfield Way,    Suite 303,    Bloomingdale, IL 60108-2117
9610857    ##+Julian Garcia Drywall,    10122 Mandel Street,    Plainfield, IL 60585-7120
9610871    ##+Pella Windows and Doors,    112 Alexandria Way,    Carol Stream, IL 60188-2068
9610877    ##+Scot Lightbody,    24 W 620 Eugenia Dr.,    Naperville, IL 60540-3836
9610880    ##+Skyline Plastering,    472 Randy Road,    Carol Stream, IL 60188-2120
9610881    ##+Topside Roofing,    1655 Shanahan Drive,    South Elgin, IL 60177-2276
                                                                                        TOTALS: 0, * 1, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 04, 2010**                    **Signature:**    _Joseph Speetjens_