**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TRISON BUILDERS INC | § | Case No. 05-28994 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 5,739.56 | Claims Discharged<br>Without Payment: 446,505.04 |
| Total Expenses of Administration: 1,496.97 | |

3) Total gross receipts of $ 7,236.53 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 7,236.53 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,496.97 | 1,496.97 | 1,496.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 43.90 | 43.90 | 43.90 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 378,848.62 | 278,008.63 | 278,008.63 | 5,695.66 |
| **TOTAL DISBURSEMENTS** | $ 378,848.62 | $ 279,549.50 | $ 279,549.50 | $ 7,236.53 |

4) This case was originally filed under chapter 7 on 07/22/2005 . The case was pending for 68 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2011 By:/s/GINA B. KROL

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R | 1121-000 | 5,461.52 |
| BONDS | 1129-000 | 1,651.99 |
| Post-Petition Interest Deposits | 1270-000 | 123.02 |
| **TOTAL GROSS RECEIPTS** | | $ 7,236.53 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 1,473.65 | 1,473.65 | 1,473.65 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 2.85 | 2.85 | 2.85 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 5.62 | 5.62 | 5.62 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 5.36 | 5.36 | 5.36 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 4.26 | 4.26 | 4.26 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 5.23 | 5.23 | 5.23 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$** NA | **$** 1,496.97 | **$** 1,496.97 | **$** 1,496.97 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$** NA | **$** NA | **$** NA | **$** NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Heritage | | 0.00 | NA | NA | 0.00 |
| | Beautiful Home | | 0.00 | NA | NA | 0.00 |
| | Benchmark Overhead | | 0.00 | NA | NA | 0.00 |
| | DuPage County Collector | | 0.00 | NA | NA | 0.00 |
| | DuPage Pump | | 0.00 | NA | NA | 0.00 |
| | LSM Masonary | | 0.00 | NA | NA | 0.00 |
| | Reunited Electric | | 0.00 | NA | NA | 0.00 |
| | Virginia Surety Company | | 0.00 | NA | NA | 0.00 |
| 13 | ILLINOIS DEPT.OF EMPLOYMENT SECURIT | 5800-000 | NA | 43.90 | 43.90 | 43.90 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 0.00 | $ 43.90 | $ 43.90 | $ 43.90 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Accurate Percolation Inc. | | 350.00 | NA | NA | 0.00 |
| | Ace Hardware | | 1,100.00 | NA | NA | 0.00 |
| | Active Excavating Inc. | | 22,133.50 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Beatty Lumber Co. | | 6,789.19 | NA | NA | 0.00 |
| | Boughton Trucking Inc. | | 1,025.02 | NA | NA | 0.00 |
| | Charlestowne Cabinets & Countertops | | 23,021.04 | NA | NA | 0.00 |
| | Chicago Tribune | | 0.00 | NA | NA | 0.00 |
| | Cingular Wireless | | 222.32 | NA | NA | 0.00 |
| | Commonwealth Edison | | 876.09 | NA | NA | 0.00 |
| | Commonwealth Edison | | 292.53 | NA | NA | 0.00 |
| | Creative Mirror Designs | | 8,107.00 | NA | NA | 0.00 |
| | D&T Enterprises | | 210.00 | NA | NA | 0.00 |
| | FCA | | 215.00 | NA | NA | 0.00 |
| | Fireplace Patio Etc | | 3,326.97 | NA | NA | 0.00 |
| | Firstpoint Residential | | 1,568.00 | NA | NA | 0.00 |
| | Home Depot Credit Services | | 2,954.65 | NA | NA | 0.00 |
| | Homebuilder's Association of Chicago | | 252.00 | NA | NA | 0.00 |
| | Homer Tree Service Inc. | | 1,500.00 | NA | NA | 0.00 |
| | Honey Bucket | | 630.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Intech Consultants | | 300.00 | NA | NA | 0.00 |
| | Jay Hoendervolet | | 1,200.00 | NA | NA | 0.00 |
| | Julian Garcia Drywall | | 10,900.00 | NA | NA | 0.00 |
| | K&K Well Drilling Inc. | | 7,583.82 | NA | NA | 0.00 |
| | Kencor Stairs | | 5,580.00 | NA | NA | 0.00 |
| | LIght Bros. Inc. | | 5,037.36 | NA | NA | 0.00 |
| | McLeod USA | | 149.20 | NA | NA | 0.00 |
| | McNeill's Heating Inc. | | 5,600.00 | NA | NA | 0.00 |
| | Molenhouse Enterprises | | 1,040.07 | NA | NA | 0.00 |
| | NICOR Gas | | 1,016.54 | NA | NA | 0.00 |
| | NICOR Gas | | 748.65 | NA | NA | 0.00 |
| | Nan Lightbody | | 15,000.00 | NA | NA | 0.00 |
| | Natural Landscapes | | 150.00 | NA | NA | 0.00 |
| | Office Depot Credit Plan | | 2,610.42 | NA | NA | 0.00 |
| | Pella Windows & Doors | | 384.86 | NA | NA | 0.00 |
| | Professional Garage Door | | 2,950.00 | NA | NA | 0.00 |
| | Roosevelt Glen Corp. | | 5,069.07 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Scot Lightbody | | 4,929.79 | NA | NA | 0.00 |
| | Selsor's Pumping Service | | 195.00 | NA | NA | 0.00 |
| | Shell Fleet | | 1,359.58 | NA | NA | 0.00 |
| | Skyline Plastering | | 4,100.00 | NA | NA | 0.00 |
| | Topside Roofing | | 1,176.00 | NA | NA | 0.00 |
| | Tribune Interactive | | 300.00 | NA | NA | 0.00 |
| | Wiesbrock Turf | | 922.00 | NA | NA | 0.00 |
| | Windy City Exteriors | | 4,544.90 | NA | NA | 0.00 |
| 000004 | AMERICAN HERITAGE | 7100-000 | NA | 4,100.40 | 4,100.40 | 84.01 |
| 000011 | AMIT & BHAKTI CHOKSI | 7100-000 | 0.00 | 9,940.08 | 9,940.08 | 203.65 |
| 000010 | BRETT & YVONNE ZEHR | 7100-000 | NA | 9,549.00 | 9,549.00 | 195.63 |
| 000005 | E&J DISPOSAL COMPANY | 7100-000 | 484.00 | 484.00 | 484.00 | 9.92 |
| 000007 | EUGENE T CAGE & RANEA M MCCOY-CAGE | 7100-000 | NA | 50,000.00 | 50,000.00 | 1,024.37 |
| 000008 | FOUNDATION DRILLING CO., INC. | 7100-000 | 3,330.00 | 3,330.00 | 3,330.00 | 68.22 |
| 000013 | ILLINOIS DEPT OF EMPLOYMENT SECURIT | 7100-000 | NA | 6.10 | 6.10 | 0.12 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | JNC CONCRETE, INC. | 7100-000 | 9,841.00 | 5,911.00 | 5,911.00 | 121.10 |
| 000002 | K. HOVING RECYCLING | 7100-000 | 5,784.41 | 5,784.41 | 5,784.41 | 118.51 |
| 000001 | RATHJE AND WOODWARD | 7100-000 | 9,968.00 | 10,613.00 | 10,613.00 | 217.43 |
| 000009 | RENTAL MAX | 7100-000 | 773.14 | 773.14 | 773.14 | 15.84 |
| 000012 | SCOT LIGHTBODY | 7100-000 | 180,000.00 | 166,270.00 | 166,270.00 | 3,406.43 |
| 000003 | INEST REALTY | 7100-001 | 11,247.50 | 11,247.50 | 11,247.50 | 230.43 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 378,848.62 | $ 278,008.63 | $ 278,008.63 | $ 5,695.66 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 05-28994 SQU Judge: JOHN H. SQUIRES
Case Name: TRISON BUILDERS INC
For Period Ending: 12/07/10

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 07/22/05 (f)
341(a) Meeting Date: 08/23/05
Claims Bar Date: 06/20/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. A/R | 5,661.00 | 0.00 | | 5,461.52 | FA |
| 2. BONDS | 16,000.00 | 0.00 | | 1,651.99 | FA |
| Bonds have been taken by municipalities to offset unfinished work | | | | | |
| 3. accounts receivable | 0.00 | 5,661.00 | | 0.00 | FA |
| 4. Blueprints | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Automobile | 2,150.00 | 0.00 | | 0.00 | FA |
| 6. OFFICE EQUIPMENT | 955.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 123.02 | Unknown |
| TOTALS (Excluding Unknown Values) | $25,766.00 | $5,661.00 | | $7,236.53 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee will review claims, ask accountant to prepare tax return, and file final report

Initial Projected Date of Final Report (TFR): 12/31/06 Current Projected Date of Final Report (TFR): 12/31/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD



Exhibit 9

Case No: 05-28994 -SQU
Case Name: TRISON BUILDERS INC

Taxpayer ID No: *******1264
For Period Ending: 02/08/11

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******2913 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/04/05 | 1 | Trison Builders, Inc.<br>799 Roosevelt Rd., Bldg. 3, Ste. 104<br>Glen Ellyn, IL 60137 | Accounts Receivable Collections | 1121-000 | 4,261.52 | | 4,261.52 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.73 | | 4,263.25 |
| 11/28/05 | 1 | York Townhship Highway Dept.<br>19 W 475 Roosevelt Rd.<br>Lombard, IL 60148 | | 1121-000 | 1,200.00 | | 5,463.25 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 2.10 | | 5,465.35 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 2.77 | | 5,468.12 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 2.80 | | 5,470.92 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.90 | | 5,474.82 |
| 03/01/06 | 000301 | International Sureties<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA 70130 | BOND<br>BOND | 2300-000 | | 2.85 | 5,471.97 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.65 | | 5,476.62 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.50 | | 5,481.12 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.66 | | 5,485.78 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.51 | | 5,490.29 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.66 | | 5,494.95 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.67 | | 5,499.62 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.52 | | 5,504.14 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.68 | | 5,508.82 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.53 | | 5,513.35 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.68 | | 5,518.03 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.69 | | 5,522.72 |
| 02/15/07 | 000302 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA 70130 | BOND<br>BOND | 2300-000 | | 4.26 | 5,518.46 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.24 | | 5,522.70 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.69 | | 5,527.39 |

Page Subtotals 5,534.50 7.11

FORM 2



ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 05-28994 -SQU
Case Name: TRISON BUILDERS INC

Taxpayer ID No: *******1264
For Period Ending: 02/08/11

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******2913 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.54 | | 5,531.93 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.70 | | 5,536.63 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.55 | | 5,541.18 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.71 | | 5,545.89 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.71 | | 5,550.60 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 3.53 | | 5,554.13 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 3.55 | | 5,557.68 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.97 | | 5,560.65 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 2.66 | | 5,563.31 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 2.20 | | 5,565.51 |
| 02/11/08 | 000303 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | | 2300-000 | | 5.23 | 5,560.28 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 1.32 | | 5,561.60 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.31 | | 5,562.91 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.14 | | 5,564.05 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.70 | | 5,564.75 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.69 | | 5,565.44 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.71 | | 5,566.15 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.70 | | 5,566.85 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.69 | | 5,567.54 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.54 | | 5,568.08 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.46 | | 5,568.54 |
| 12/15/08 | 2 | Downer's Grove Sanitary District<br>2710 Curtiss St.<br>Downers Grove, IL 60515 | Bond | 1129-000 | 1,651.99 | | 7,220.53 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 7,220.82 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,220.88 |
| 02/17/09 | 000304 | International Sureties Ltd.<br>Suite 420 | BOND<br>BOND | 2300-000 | | 5.62 | 7,215.26 |
| | | | | Page Subtotals | 1,698.72 | 10.85 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD



Exhibit 9

Case No: 05-28994 -SQU
Case Name: TRISON BUILDERS INC

Taxpayer ID No: *******1264
For Period Ending: 02/08/11

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******2913 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,215.32 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,215.38 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 7,215.54 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,215.72 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,215.90 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,216.08 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,216.26 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,216.44 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,216.62 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,216.80 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,216.98 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,217.16 |
| 02/09/10 | 000305 | International Sureties Ltd. | BOND | 2300-000 | | 5.36 | 7,211.80 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 7,211.97 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,212.16 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,212.34 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,212.52 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,212.71 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,212.89 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,213.08 |
| 09/23/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 7,213.21 |
| 09/23/10 | | Transfer to Acct #*******0299 | Final Posting Transfer | 9999-000 | | 7,213.21 | 0.00 |

Page Subtotals 3.31 7,218.57

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit 9

Case No: 05-28994 -SQU
Case Name: TRISON BUILDERS INC

Taxpayer ID No: *******1264
For Period Ending: 02/08/11

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******2913 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,236.53 | 7,236.53 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 7,213.21 | |
| | | | Subtotal | | 7,236.53 | 23.32 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,236.53 | 23.32 | |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 05-28994 -SQU
Case Name: TRISON BUILDERS INC
Taxpayer ID No: *******1264
For Period Ending: 02/08/11

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0299 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/23/10 | | Transfer from Acct #*******2913 | Transfer In From MMA Account | 9999-000 | 7,213.21 | | 7,213.21 |
| 09/24/10 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,473.65 | 5,739.56 |
| 09/24/10 | 003002 | Illinois Dept.of Employment Security<br>Bankruptcy Unit - 4th Floor<br>33 S. State St.<br>Chicago, IL 60603 | Claim 13, Payment 100.00000% | 5800-000 | | 43.90 | 5,695.66 |
| 09/24/10 | 003003 | Rathje and Woodward<br>300 E. Roosevelt Road<br>Wheaton, IL 60187 | Claim 000001, Payment 2.04871% | 7100-000 | | 217.43 | 5,478.23 |
| 09/24/10 | 003004 | K. Hoving Recycling<br>3 N. 551 Powis Road<br>West Chicago, IL 60185 | Claim 000002, Payment 2.04878% | 7100-000 | | 118.51 | 5,359.72 |
| * 09/24/10 | 003005 | INest Realty<br>113 Fairfield Way<br>Suite 303<br>Bloomingdale, IL 60108-2117 | Claim 000003, Payment 2.04872% | 7100-003 | | 230.43 | 5,129.29 |
| 09/24/10 | 003006 | American Heritage<br>2 N 020 Francis Road<br>Maple Park, IL 60151 | Claim 000004, Payment 2.04882% | 7100-000 | | 84.01 | 5,045.28 |
| 09/24/10 | 003007 | E&J Disposal Company<br>290 S. Main Place<br>Suite 120<br>Carol Stream, IL 60188-2476 | Claim 000005, Payment 2.04959% | 7100-000 | | 9.92 | 5,035.36 |
| 09/24/10 | 003008 | JNC Concrete, Inc.<br>1 N 601 Rte. 59<br>West Chicago, IL 60185 | Claim 000006, Payment 2.04872% | 7100-000 | | 121.10 | 4,914.26 |
| 09/24/10 | 003009 | Eugene T Cage & Ranea M McCoy-Cage<br>c/o Lanphier & Kowalkowski, Ltd<br>568 S Spring Rd | Claim 000007, Payment 2.04874% | 7100-000 | | 1,024.37 | 3,889.89 |
| | | | Page Subtotals | | 7,213.21 | 3,323.32 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD



Exhibit 9

Case No: 05-28994 -SQU
Case Name: TRISON BUILDERS INC

Taxpayer ID No: *******1264
For Period Ending: 02/08/11

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0299 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Elmhurst, IL 60126 | | | | | |
| | 09/24/10 | 003010 | Foundation Drilling Co., Inc.<br>215 Industrial Lane<br>Wheeling, IL 60090-6301 | Claim 000008, Payment 2.04865% | 7100-000 | | 68.22 | 3,821.67 |
| | 09/24/10 | 003011 | Rental Max<br>908 E. Roosevelt Road<br>Wheaton, IL 60187 | Claim 000009, Payment 2.04879% | 7100-000 | | 15.84 | 3,805.83 |
| | 09/24/10 | 003012 | Brett & Yvonne Zehr<br>1S308 Luther Ave<br>Lombard, IL 60148 | Claim 000010, Payment 2.04870% | 7100-000 | | 195.63 | 3,610.20 |
| | 09/24/10 | 003013 | Amit & Bhakti Choksi<br>c/o Lawrence Czepiel<br>7501 Lemont Road<br>Suite 20<br>Woodridge, IL 60517-2658 | Claim 000011, Payment 2.04878% | 7100-000 | | 203.65 | 3,406.55 |
| * | 09/24/10 | 003014 | Scot Lightbody<br>24 W 620 Eugenia Dr.<br>Naperville, IL 60540 | Claim 000012, Payment 2.04873%<br>(12-1) Money Loaned | 7100-003 | | 3,406.43 | 0.12 |
| | 09/24/10 | 003015 | United States Bankruptcy Court<br>DuPage County Courthouse<br>505 N. County Farm Rd. Courtroom 20<br>Wheaton, IL 60187-0000 | Claim 000013, Payment 1.96721%<br>Illinois Dept of Employment Security<br>Bankruptcy Unit - 4th Floor<br>33 S State St<br>Chicago IL 60603 | 7100-000 | | 0.12 | 0.00 |
| * | 01/24/11 | 003014 | Scot Lightbody<br>24 W 620 Eugenia Dr.<br>Naperville, IL 60540 | Claim 000012, Payment 2.04873% | 7100-003 | | -3,406.43 | 3,406.43 |
| * | 01/24/11 | 003016 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Claim 000012, Payment 2.04873%<br>(12-1) Money Loaned | 7100-003 | | 3,406.43 | 0.00 |
| * | 01/26/11 | 003005 | INest Realty<br>113 Fairfield Way<br>Suite 303 | Claim 000003, Payment 2.04872% | 7100-003 | | -230.43 | 230.43 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 3,659.46 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 05-28994 -SQU
Case Name: TRISON BUILDERS INC

Taxpayer ID No: *******1264
For Period Ending: 02/08/11

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0299 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Bloomingdale, IL 60108-2117 | | | | | |
| * 01/26/11 | 003016 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Claim 000012, Payment 2.04873% | 7100-003 | | -3,406.43 | 3,636.86 |
| 01/26/11 | 003017 | United States Bankruptcy Court<br>DuPage County Courthouse<br>505 N. County Farm Rd. Courtroom 20<br>Wheaton, IL 60187-0000 | Claim 000003, Payment 2.04872% | 7100-001 | | 230.43 | 3,406.43 |
| 01/26/11 | 003018 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Claim 000012, Payment 2.04873%<br>(12-1) Money Loaned | 7100-000 | | 3,406.43 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 7,213.21 | 7,213.21 | 0.00 |
| Less: Bank Transfers/CD's | 7,213.21 | 0.00 | |
| Subtotal | 0.00 | 7,213.21 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 7,213.21 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ********2913 | 7,236.53 | 23.32 | 0.00 |
| BofA - Checking Account - ********0299 | 0.00 | 7,213.21 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 7,236.53 | 7,236.53 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ GINA B. KROL

Trustee's Signature: ________________________________ Date: 02/08/11

GINA B. KROL

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 230.43 |